**Opinion issued April 20, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00721-CV

———————————

**WALGREEN, CO., WALGREEN BOOTS ALLIANCE, INC. AND WALGREENS BOOTS ALLIANCE HOLDINGS, LLC, Appellants**

**V.**

**BETH HAUSER BOYER AND JOHN HAUSER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALEXANDER HAUSER, DECEASED, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-55915**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.